■ In the Matter of CHRISTOS YANNIOS et al., Appellants, v BOARD OF ASSESSORS OF THE INCORPORATED VILLAGE OF GARDEN CITY et al., Respondents. [624 NYS2d 910] —Appeal by the petitioners from a judgment of the Supreme Court, Nassau County (McGinity, J.), entered August 31, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice McGinity at the Supreme Court. O'Brien, J. P., Ritter, Santucci and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN BAILEY, Appellant. [624 NYS2d 913] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated June 27, 1994 *(People v Bailey,* 205 AD2d 789), affirming a judgment of the County Court, Rockland County, rendered March 30, 1993, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Thompson, Pizzuto and Florio, JJ., concur.